UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF TEXAS
MCALLEN DIVISION

IN RE:  
GUADALUPE CASTILLO III  
DEBTOR

CHAPTER 13 PROCEEDING:  
05-71109-M-13

**TRUSTEE'S MOTION TO PAY FUNDS INTO THE COURT REGISTRY**

TO THE HONORABLE UNITED STATES BANKRUPTCY JUDGE:

COMES NOW, CINDY BOUDLOCHE, Chapter 13 Trustee in the above referenced Chapter 13 proceeding and files this Trustee's Motion to Pay Funds into the Court Registry and would respectfully show the Court the following:

1. Debtor filed a petition for relief under the provisions of Chapter 13 of Title 11 of the United States Code on Wednesday, Oct 5, 2005.

2. This Honorable Court has jurisdiction over this motion pursuant to the provisions contained in 28 U.S.C. Section 1334. This is a core proceeding pursuant to the definition contained in 28 U.S.C. Section 157. Venue is in this Honorable Court pursuant to 28 U.S.C. Section 1408.

3. Trustee has standing to file this motion pursuant to 11 U.S.C. Section 347(a).

4. Checks to the party below have not cleared within 90 days.

    OLD CANAL  
    26632 TOWNE CENTRE DR  STE 300  
    FOOTHILL RANCH, CA  92610-2814

5. As a result, funds owed to the creditor in the amount of $157.17 by the above referenced Debtor should be reserved by the Registry of the Court.

WHEREFORE, PREMISES CONSIDERED, the Chapter 13 Trustee prays this Honorable Court will grant the Trustee's Motion to Pay Funds into the Court Registry.

Respectfully Submitted:  Tue, April 13, 2010

*Cindy Boudloche*

Cindy Boudloche  
Chapter 13 Trustee  
555 N. Carancahua  Ste 600  
Corpus Christi, TX  78401-0823  
(361) 883-5786

#109

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF TEXAS
MCALLEN DIVISION

IN RE:                                                                                                                         CHAPTER 13 PROCEEDING:
GUADALUPE CASTILLO III                                                   05-71109-M-13
DEBTOR

### CERTIFICATE OF SERVICE

I, Cindy Boudloche, do hereby certify that on Apr 13, 2010, a copy of the foregoing Trustee's Motion to Pay Funds into the Court Registry was served electronically or by United States Mail to the parties listed below:

*Cindy Boudloche*

Cindy Boudloche, Chapter 13 Trustee

| | |
|---|---|
| GUADALUPE CASTILLO III<br>3204 N GOLIE RD<br>DONNA, TX 78537 | THE STONE LAW FIRM PC (M)<br>4900 N 10TH ST  STE A-2<br>NORTHTOWNE CENTRE<br>MCALLEN, TX 78504 |
| OLD CANAL<br>26632 TOWNE CENTRE DR  STE 300<br>FOOTHILL RANCH, CA 92610-2814 | OLD CANAL FINANCIAL<br>PO BOX 29890<br>ANAHEIM, CA 92809 |